IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-144-BO

| | |
|---|---|
| DERRICK ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ) | |
| TOWN OF CARY'S POLICE ) | |
| DEPARTMENT, POLICE CHIEF TONI ) | |
| DEZOMITS & OFFICER N. COFFEY, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on plaintiff's motion requesting copies of documents without payment. On September 30, 2020, plaintiff entered a notice of appeal of this Court's order adopting the Memorandum and Recommendation (M&R) of United States Magistrate Judge Kimberly A. Swank and dismissing plaintiff's claims against defendant Town of Cary's Police Department and defendant Police Chief Toni Dezomits as frivolous. [DE 20]. Specifically, defendant has requested a copy of the docket sheet, the complaint and relevant attachments, and his objections to the M&R in order to aid with his appeal. Because petitioner is currently incarcerated, is proceeding *in forma pauperis*, and already has an appeal pending before the Fourth circuit, he has shown good cause. For the foregoing reasons, petitioner's motions are GRANTED. [DE 23, 30]. The Clerk is DIRECTED to send defendant copies of the docket sheet, the complaint and relevant attachments [DE 2], and his objections to the M&R [DE 17].

SO ORDERED, this 3 day of December, 2020.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE