UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DERRICK ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARY'S POLICE DEPARTMENT, TONI )<br>DEZOMITS, and N. COFFEY, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:20-CV-144-BO** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on September 22, 2020, the claims against Town of Cary Police Department and Chief of Police Toni DeZomits were DISMISSED by the court.

IT IS FURTHER ORDERED, AND DECREED that defendant's motion to dismiss [DE 51] is GRANTED. Plaintiff's motion to amend the complaint [DE 55] and motion to appoint counsel [DE 57] are DENIED.

**This Judgment Filed and Entered on August 19, 2021, and Copies To:**

| | |
|---|---|
| Derrick Allen | (via CM/ECF electronic notification) |
| John Thomas Crook | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| August 19, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |